UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| AMY ANDERSEN, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 5:25-CV-712-KS |
| FRANK J. BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before court on the Defendant's Consent Motion to Remand Case for further administrative proceedings [DE-17].

IT IS ORDERED, ADJUDGED AND DECREED that the Commissioner's decision is REVERSED and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings.

This judgment filed and entered on April 24, 2026, with *electronic service* upon the following:

**Derrick Arrowood**
*Counsel for Plaintiff*

**Wanda Mason**
*Counsel for Defendant*

**PETER A. MOORE, JR.
CLERK, U.S. DISTRICT COURT**

DATE: April 24, 2026

/s/ *Shelia D. Foell*

(By): Shelia D. Foell
Deputy Clerk, U.S. District Court